1  Richard J. Mooney, Esq. (SBN: 176486)
   richard.mooney@hro.com
2  Andres L. Carrillo, Esq. (SBN: 267902)
   andres.carrillo@hro.com
3  Holme Roberts & Owen LLP
   560 Mission St. #2500
4  San Francisco, CA 94105
   Telephone:  (415) 268-2000
5
   Attorneys for Defendants
6  I2A Technologies, Inc. and Victor Batinovich

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                       OAKLAND DIVISION

11

12  Semiconductor Components Industries, LLC,     )    Case No. CV 10-603 MEJ
                                                  )
13                   Plaintiff,                   )    **I2A TECHNOLOGIES, INC.'S**
                                                  )    **FEDERAL RULE OF CIVIL**
14           vs.                                  )    **PROCEDURE RULE 7.1 CORPORATE**
                                                  )    **DISCLOSURE STATEMENT**
15  I2A Technologies, Inc., and Victor Batinovich,)
                                                  )
16                   Defendants.                  )
                                                  )

17

18

19

20

21

22

23

24

25

26

27

28

#50288 v1 saf

1  TO THE CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS OF

2  RECORD:

3  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant I2A

4  Technologies, Inc. hereby files its Corporate Disclosure Statement.  I2A Technologies, Inc. has no

5  parent corporations, and there is no publicly held company that owns 10% or more of I2A

6  Technologies, Inc.'s stock.

7

8  Dated:  March 12, 2010                     Holme Roberts & Owen LLP

9

10

By: _____

11  Richard J. Mooney
Attorneys for Defendants

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1