1  MICHAEL A. OBLON, *(admitted pro hac vice)*
   MOblon@perkinscoie.com
2  PERKINS COIE LLP
   607 14th Street N.W.
3  Washington, D.C. 20005-2003
   Telephone: (202) 434-1600
4  Facsimile: (202) 434-1690

5  Euphemia N. Thomopulos, SBN 262107
   Ethomopulos@perkinscoie.com
6  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
7  San Francisco, CA 94111-4131
   Telephone: (415) 344-7000
8  Facsimile: (415) 344-7050

9  Attorneys for Plaintiff
   SEMICONDUCTOR COMPONENTS INDUSTRIES, L.L.C.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SEMICONDUCTOR COMPONENTS INDUSTRIES, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> I2A TECHNOLOGIES, INC., and VICTOR BATINOVICH, <br><br> Defendants. | Case No. CV 10-603 TEH <br><br> **REQUEST, STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF SEMICONDUCTOR COMPONENTS INDUSTRIES, L.L.C. TO SUBMIT ITS ADR CERTIFICATION AND NOTICE OF NEED FOR ADR PHONE CONFERENCE** <br><br> Judge: Hon. Thelton E. Henderson <br> Dept.: Courtroom 12, 19th Floor <br> CMC Date: June 7, 2010 <br> CMC Time: 1:30 P.M. |

**TO ALL PARTIES WHOM IT MAY CONCERN;**

Plaintiff Semiconductor Components Industries, L.L.C. ("Semiconductor Components") hereby requests additional time to submit its ADR Certification and Notice of Need for ADR Phone Conference.

REQUEST, STIPULATION AND [PROPOSED] ORDER
Case No. CV 10-603 TEH

1  WHEREAS, Semiconductor Components' ADR Certification and Notice of Need for ADR Phone Conference would otherwise be due on May 18, 2010;

3  WHEREAS, Semiconductor Components needs additional time to assess whether ADR would be advantageous to resolve the case;

5  NOW THEREFORE IT IS STIPULATED BY AND AMONG THE PARTIES Semiconductor Components' ADR Certification and Notice of Need for ADR Phone Conference will be due on or before May 21, 2010.

8  **IT IS SO STIPULATED.**

10 DATED: May 18, 2010                    **HOLME ROBERTS & OWEN LLP**

By: /s/ Richard J. Mooney
    Richard J. Mooney

Attorney for Defendants

14 DATED: May 18, 2010                    **PERKINS COIE**

By: /s/ Michael A. Oblon
    Michael A. Oblon

Attorney for Plaintiff
SEMICONDUCTOR COMPONENTS
INDUSTRIES, L.L.C.

20 **WITH GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: 05/18/10

Senior Judge Thelton E. Henderson

_(Signed: Judge Thelton E. Henderson — United States District Court, Northern District of California)_