1  MICHAEL A. OBLON, *(admitted pro hac vice)*
   MOblon@perkinscoie.com
2  PERKINS COIE LLP
   607 14th Street N.W.
3  Washington, D.C. 20005-2003
   Telephone: (202) 434-1600
4  Facsimile: (202) 434-1690

5  Euphemia N. Thomopulos, SBN 262107
   Ethomopulos@perkinscoie.com
6  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
7  San Francisco, CA 94111-4131
   Telephone: (415) 344-7000
8  Facsimile: (415) 344-7050

9  Attorneys for Plaintiff
   SEMICONDUCTOR COMPONENTS INDUSTRIES, L.L.C.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SEMICONDUCTOR COMPONENTS INDUSTRIES, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> I2A TECHNOLOGIES, INC., and VICTOR BATINOVICH, <br><br> Defendants. | Case No. CV 10-603 TEH <br><br> **REQUEST, STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF SEMICONDUCTOR COMPONENTS INDUSTRIES, L.L.C. TO SUBMIT ITS ADR CERTIFICATION AND NOTICE OF NEED FOR ADR PHONE CONFERENCE** <br><br> Judge: Hon. Thelton E. Henderson <br> Dept.: Courtroom 12, 19th Floor <br> CMC Date: June 7, 2010 <br> CMC Time: 1:30 P.M. |

**TO ALL PARTIES WHOM IT MAY CONCERN;**

   Plaintiff Semiconductor Components Industries, L.L.C. ("Semiconductor Components") hereby requests additional time to submit its ADR Certification and Notice of Need for ADR Phone Conference.

REQUEST, STIPULATION AND [PROPOSED] ORDER
Case No. CV 10-603 TEH

1    WHEREAS, Semiconductor Components' ADR Certification and Notice of Need for
2    ADR Phone Conference would otherwise be due on May 21, 2010;
3    WHEREAS, Semiconductor Components needs additional time to assess whether ADR
4    would be advantageous to resolve the case;
5    NOW THEREFORE IT IS STIPULATED BY AND AMONG THE PARTIES
6    Semiconductor Components' ADR Certification and Notice of Need for ADR Phone Conference
7    will be due on or before June 4, 2010.
8    **IT IS SO STIPULATED.**
9
10   DATED: May 21, 2010                          **HOLME ROBERTS & OWEN LLP**
11
                                                  By: /s/ Richard J. Mooney
12                                                    Richard J. Mooney
13                                                    Attorney for Defendants

14   DATED: May 21, 2010                          **PERKINS COIE**
15
                                                  By: /s/ Michael A. Oblon
16                                                    Michael A. Oblon
17                                                    Attorney for Plaintiff
                                                      SEMICONDUCTOR COMPONENTS
18                                                    INDUSTRIES, L.L.C.
19
20   **WITH GOOD CAUSE APPEARING, IT IS SO ORDERED.**
21
22   Dated: 05/24/10                              _____
                                                  Senior Judge Thelton E. Henderson
23   ABSOLUTELY no further extensions
     shall be granted as to this particular
24   matter.

- 2 -

REQUEST, STIPULATION AND [PROPOSED] ORDER
Case No. CV 10-603 TEH