1  MICHAEL A. OBLON, *(admitted pro hac vice)*
   MOblon@perkinscoie.com
2  PERKINS COIE LLP
   607 14th Street N.W.
3  Washington, D.C. 20005-2003
   Telephone: (202) 434-1600
4  Facsimile: (202) 434-1690

5  Euphemia N. Thomopulos, SBN 262107
   Ethomopulos@perkinscoie.com
6  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
7  San Francisco, CA 94111-4131
   Telephone: (415) 344-7000
8  Facsimile: (415) 344-7050

9  Attorneys for Plaintiff
   SEMICONDUCTOR COMPONENTS INDUSTRIES, L.L.C.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SEMICONDUCTOR COMPONENTS INDUSTRIES, L.L.C., <br><br>              Plaintiff, <br><br>       v. <br><br> I2A TECHNOLOGIES, INC., and VICTOR BATINOVICH, <br><br>              Defendants. | Case No. CV 10-603 TEH <br><br> **REQUEST, STIPULATION AND [~~PROPOSED~~] ORDER FOR PLAINTIFF SEMICONDUCTOR COMPONENTS INDUSTRIES, L.L.C. TO APPEAR BY TELEPHONE AT THE INITIAL CASE MANAGEMENT CONFERENCE** <br><br> Judge:     Hon. Thelton E. Henderson <br> Dept.:     Courtroom 12, 19th Floor <br> CMC Date: June 7, 2010 <br> CMC Time: 1:30 P.M. |

**TO ALL PARTIES WHOM IT MAY CONCERN;**

   Plaintiff Semiconductor Components Industries, L.L.C. ("Semiconductor Components") hereby requests to appear by telephone at the initial case management conference scheduled for June 7, 2010.

REQUEST, STIPULATION AND [PROPOSED] ORDER
Case No. CV 10-603 TEH

1   WHEREAS, the initial case management conference in this matter is scheduled for June 7, 2010 at 1:30 p.m.;

3   WHEREAS, Semiconductor Components' lead counsel, Michael A. Oblon, practices out of and lives in the Washington, D.C. metro area;

5   WHEREAS, Mr. Oblon has a previously scheduled personal engagement on June 8 that would make it exceedingly difficult for him to appear in person at the initial case management conference;

8   NOW THEREFORE IT IS STIPULATED Mr. Oblon will appear by telephone on behalf of Semiconductor Components at the initial case management conference scheduled for June 7, 2010.

**IT IS SO STIPULATED.**

DATED: May 24, 2010          **PERKINS COIE**

                             By:  /s/ Michael A. Oblon
                                  Michael A. Oblon

                             Attorney for Plaintiff
                             SEMICONDUCTOR COMPONENTS
                             INDUSTRIES, L.L.C.

**WITH GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated:  05/26/10

                             _____
                             Senior Judge Thelton E. Henderson

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — signed Judge Thelton E. Henderson]*

- 2 -
REQUEST, STIPULATION AND [PROPOSED] ORDER
Case No. CV 10-603 TEH