1   MICHAEL A. OBLON, (*admitted pro hac vice*)
    MOblon@perkinscoie.com
2   PERKINS COIE LLP
    607 14th Street N.W.
3   Washington, D.C. 20005-2003
    Telephone: (202) 434-1600
4   Facsimile: (202) 434-1690

5   Euphemia N. Thomopulos, SBN 262107
    EThomopulos@perkinscoie.com
6   PERKINS COIE LLP
    Four Embarcadero Center, Suite 2400
7   San Francisco, CA 94111-4131
    Telephone: (415) 344-7000
8   Facsimile: (415) 344-7050

9   Attorneys for Plaintiff
    SEMICONDUCTOR COMPONENTS
10  INDUSTRIES, L.L.C.

11

12                      UNITED STATES DISTRICT COURT

13            FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15  SEMICONDUCTOR COMPONENTS
    INDUSTRIES, L.L.C.,                     Case No. 10-cv-0603 TEH

16                   Plaintiff,             **[PROPOSED] ORDER SUSTAINING
                                            PLAINTIFF SEMICONDUCTOR
17          v.                              COMPONENTS INDUSTRIES, L.L.C.'S
                                            MOTION FOR JUDGMENT ON THE
18  I2A TECHNOLOGIES, INC., and             PLEADINGS PURSUANT TO FED. R. CIV.
    VICTOR BATINOVICH,                      P. 12(c)**
19
                     Defendants.
20                                          Date:      August 9, 2010
                                            Time:      9:00 a.m.
21                                          Ctrm.:     Courtroom 12, 19th Floor
                                            Before:    Hon. Thelton E. Henderson
22

23

24
            Semiconductor Components Industries, L.L.C. ("ON Semiconductor")'s Motion for
25
    Judgment on the Pleadings came on for hearing at 9:00 a.m. on August 9, 2010.  The Court has
26
    reviewed the pleadings and papers herein, including ON Semiconductor's Motion; Defendants'
27
    opposition thereto, if any; ON Semiconductor's reply; any other papers properly submitted in
28

    [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
    CASE NO. 10-cv-0603 TEH

- 2 -

1    connection with the same, and having considered the arguments of counsel, and good cause

2    appearing therefore:

3            IT IS HEREBY ORDERED that ON Semiconductor's Motion is granted as to the First

4    and Third Causes of Action asserted against Defendants.  The Court hereby dismisses the

5    remaining Cause of Action as moot and orders Defendants to return to ON Semiconductor all

6    funds received through the wire transfer on December 18, 2009, and any interest earned on the

7    funds.

8

9    DATED: _____

10                                                              Hon. Thelton E. Henderson
                                                               United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
CASE NO. 10-cv-0603 TEH

1          Certificate of Service

2          The undersigned hereby certifies that all counsel of record who are deemed to have

3    consented to electronic service are being served this 28th day of May, 2010, with a copy of this

4    document via the Court's CM/ECF system.  I certify that all parties who have appeared in this

5    case are represented by counsel who are CM/ECF participants.  Any other counsel of record will

6    be served by electronic mail, facsimile transmission, and/or first class mail on this same date.

7

8                                                        /s/ Cheryl Allen
                                                            Cheryl Allen
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24    71058-0007/LEGAL18563153.1

25

26

27

28
                                            - 3 -
[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
CASE NO. 10-cv-0603 TEH