IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SEMICONDUCTOR COMPONENTS
INDUSTRIES, L.L.C.,

    Plaintiff,

  v.

I2A TECHNOLOGIES, INC., and
VICTOR BATINOVICH,

    Defendants.

NO. C10-0603 TEH

ORDER GRANTING MOTION
TO FILE LATE MOTION TO
COMPEL AND ORDER OF
REFERENCE

   The Court GRANTS Plaintiff's unopposed motion for leave to file a late motion to compel. Pursuant to Civil Local Rule 72-1, this case is hereby referred for all discovery purposes to a magistrate judge, with any motions to be heard and considered at the convenience of his or her calendar.

**IT IS SO ORDERED.**

Dated: 10/27/10

          THELTON E. HENDERSON, JUDGE
          UNITED STATES DISTRICT COURT