1 | Richard Mooney, Esq. (SBN 176486)
  | richard.mooney@hro.com
2 | HOLME ROBERTS & OWEN LLP
  | 560 Mission St. #2500
3 | San Francisco, California 94105
  | Telephone: (415) 268-2000
4 | Facsimile: (415) 268-1999

5 | Attorneys for Defendants
  | I2A Technologies, Inc. and Victor Batinovich

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Semiconductor Components Industries,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>I2A Technologies, Inc., and Victor Batinovich,<br><br>　　　　Defendants. | Case No. CV 10-603 TEH<br><br>**Declaration of Victor Batinovich in Opposition to Motion for Summary Judgment on Compensatory Damages**<br><br>November 22, 2010<br>10:00 a.m.<br>Courtroom 12 (Hon. Thelton E. Henderson) |

#55204 v1 saf

I, Victor Batinovich, declare:

1. I the President and CEO of I2A. I make this Declaration on the basis of facts within my personal knowledge, as to which I am competent to testify if called upon to do so.

2. Attached hereto as Exhibit A are true and correct copies of bank records and I2A invoices and accounting material that accurately reflect payments made to Plaintiff and work performed for Plaintiff for which Plaintiff owes payment to I2A.

3. In particular, I2A has repaid a total of $255,000 ($50,000 on February 9; $25,000 on February 10; $50,000 on April 1; $50,000 on May 4; $50,000 on June 1; and $25,000 on July 30) and the amount owed by Plaintiff to I2A for work performed by I2A for Plaintiff is $32,251.99.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on November 1, 2010.

_____
Victor Batinovich

# EXHIBIT A

## View Transaction Printable View

**Transaction Information**

|  |  |
|---|---|
| Description: | WIRE*DEBIT**OBI**1ST*PAYMENT |
| From Account: | REDACTED Business Checking |
| Amount: | $30,000.00 |
| Status: | Cleared |
| Payee: | WIRE*DEBIT**OBI**1ST*PAYMENT |
| Customer Reference Number: |  |
| Transaction: | OUTGOING WIRE |
| Date/Time Cleared: | 02/10/2010 |
| Date/Time Initiated: | 02/10/2010 |

i2a 000001

## View Transaction Printable View

**Transaction Information**

| | |
|---:|:---|
| Description: | WIRE*DEBIT**OBI**1ST*PAYMENT |
| From Account: | REDACTED Business Checking |
| Amount: | $50,000.00 |
| Status: | Cleared |
| Payee: | WIRE*DEBIT**OBI**1ST*PAYMENT |
| Customer Reference Number: | |
| Transaction: | OUTGOING WIRE |
| Date/Time Cleared: | 02/09/2010 |
| Date/Time Initiated: | 02/09/2010 |

https://online.bridgebank.com/fi1541/bb/protected/account/register/p.

**Previous Day Transactions Printable View**

**Business Checking**
Description: Business Checking
Account: REDACTED
Ledger Balance: $57,996.99
Available Balance: $40,032.99

Transactions cleared between 04/01/2010 and 04/02/2010

| Date | Transaction Description | Customer Reference ID | Debit (-) | Credit (+) |
|---|---|---|---|---|
| 04/02/2010 | CHECK 37086 | 37086 | $1,176.30 | |
| 04/02/2010 | CHECK 37081 | 37081 | $1,126.05 | |
| | | | $5,075.00 | |
| 04/01/2010 | OUTGOING WIRE WIRE*DEBIT*OBI*REFUND | | $12,954.74 | |
| 04/01/2010 | INCOMING WIRE | ON Semiconductor | | $50,000.00 |
| | | | | $2,498.54 |

i2a 000003

BRIDGE BANK

ACCOUNTS | PAYMENTS | TRANSFERS | SERVICES | Messages | Admin | Help | Exit

Payments | Templates | Recipients | Bill Pay | EZ Wire

## Preview Payment
Use this screen to preview wire payment information.

### Payment Information

Payment Description: Semiconductor Components Ind LLC
Payment Type: US Dollar Wire
Destination Currency: US Dollar
Pay From: REDACTED Business Checking

Total Maximum Payment Amount: $80,000.00
Amount: $50,000.00
Memo Line 1: REPAYMENT

Memo Line 2:

Memo Line 3:

Memo Line 4:

Sender's Reference: i2a Technologies

Effective Date: 05/04/2010
Frequency One Time Only

### Recipient Information

Recipient Name: Semiconductor Componet

Recipient ID: SCI

Street Address: 5005 East McDowell Road
City: Phoenix
Country: United States
State/Region: AZ
Postal Code: 85008

Phone Number: 602-244-5174
Email Address:

### Primary Account Information

Account Number: REDACTED
Account Currency: US Dollar
Account Name: Semiconductor Components Ind LLC
Account Type: Checking

Bank Identifier: 026009593
Bank ID Type: ABA
Bank Name: BANK OF AMERICA

Street Address: 100 West 33rd Street,
City: NEW YORK
Country: United States

i2a 000004

○ Messages  ○ Admin  ○ Help  ○ Exit

**BRIDGE BANK**

| ACCOUNTS | PAYMENTS | TRANSFERS | SERVICES |

○ Payments  ○ Templates  ○ Recipients  ○ Bill Pay  ○ EZ Wire

## Preview Payment
Use this screen to preview wire payment information.

### Payment Information

Payment Description: Semiconductor Components Ind LLC
Payment Type: US Dollar Wire
Destination Currency: US Dollar
Pay From: REDACTED Business Checking

Total Maximum Payment Amount: $80,000.00
Amount: $50,000.00
Memo Line 1: REPAYMENT

Memo Line 2:

Memo Line 3:

Memo Line 4:

Sender's Reference: i2a Technologies

Effective Date: 06/01/2010
Frequency One Time Only

### Recipient Information

Recipient Name: Semiconductor Componet

Recipient ID: SCI

Street Address: 5005 East McDowell Road
City: Phoenix
Country: United States
State/Region: AZ
Postal Code: 85008

Phone Number: 602-244-5174
Email Address:

### Primary Account Information

Account Number: REDACTED
Account Currency: US Dollar
Account Name: Semiconductor Components Ind LLC
Account Type: Checking

Bank Identifier: 026009593
Bank ID Type: ABA
Bank Name: BANK OF AMERICA

Street Address: 100 West 33rd Street
City: NEW YORK
Country: United States

i2a 000005

| | | | Messages | Admin | Help | Exit |
|---|---|---|---|---|---|---|
| BRIDGE BANK | ACCOUNTS | PAYMENTS | TRANSFERS | SERVICES | | |
| | Payments | Templates | Recipients | Bill Pay | EZ Wire | |

## Preview Payment
Use this screen to preview wire payment information.

### Payment Information

| | |
|---|---|
| Payment Description: | Semiconductor Components Ind LLC |
| Payment Type: | US Dollar Wire |
| Destination Currency: | US Dollar |
| Pay From: | REDACTED Business Checking |
| Total Maximum Payment Amount: | $80,000.00 |
| Amount: | $25,000.00 |
| Memo Line 1: | |
| Memo Line 2: | |
| Memo Line 3: | |
| Memo Line 4: | |
| Sender's Reference: | i2a Technologies |
| Effective Date: | 07/30/2010 |
| Frequency | One Time Only |

### Recipient Information

| | |
|---|---|
| Recipient Name: | Semiconductor Componet |
| Recipient ID: | SCI |
| Street Address: | 5005 East McDowell Road |
| City: | Phoenix |
| Country: | United States |
| State/Region: | AZ |
| Postal Code: | 85008 |
| Phone Number: | 602-244-5174 |
| Email Address: | |

### Primary Account Information

| | |
|---|---|
| Account Number: | REDACTED |
| Account Currency: | US Dollar |
| Account Name: | Semiconductor Components Ind LLC |
| Account Type: | Checking |
| Bank Identifier: | 026009593 |
| Bank ID Type: | ABA |
| Bank Name: | BANK OF AMERICA |
| Street Address: | 100 West 33rd Street, |
| City: | NEW YORK |
| Country: | United States |

i2a 000006



Accounts Receivable Aging Report
As of 10/25/2010

Page 1  10/25/2010

| Invoice No. | Invoice Date | PO Number | Date Mailed | Invoice Amt | Days Aging | Current Under 30 | 30 - 60 | 60 - 90 | 90 - 180 | Over 180 (from mail date) | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ONS | ON Semiconductor | | | Net 30 | | Tel: | | Contact: Accounts Payable | | | |
| 311094 | 12/29/2009 | 33000426 | 12/29/2009 | $5,965.00 | 300 | 0.00 | 0.00 | 0.00 | 0.00 | 5,965.00 | 5,965.00 |
| 311115 | 01/13/2010 | 33000426 | 01/13/2010 | $5,965.00 | 285 | 0.00 | 0.00 | 0.00 | 0.00 | 5,965.00 | 5,965.00 |
| 311134 | 01/21/2010 | 11067380 | 01/21/2010 | $750.43 | 277 | 0.00 | 0.00 | 0.00 | 0.00 | 750.43 | 750.43 |
| 311216 | 03/01/2010 | 11067772 | 03/01/2010 | $3,611.01 | 238 | 0.00 | 0.00 | 0.00 | 0.00 | 3,611.01 | 3,611.01 |
| 311248 | 03/15/2010 | 11067379 | 03/15/2010 | $2,814.54 | 224 | 0.00 | 0.00 | 0.00 | 0.00 | 2,814.54 | 2,814.54 |
| 311329 | 04/08/2010 | 11067381:2 | 04/09/2010 | $3,004.96 | 199 | 0.00 | 0.00 | 0.00 | 0.00 | 3,004.96 | 3,004.96 |
| 311554 | 08/10/2010 | 11067379 | 08/11/2010 | $4,427.86 | 75 | 0.00 | 0.00 | 4,427.86 | 0.00 | 0.00 | 4,427.86 |
| 311555 | 08/11/2010 | 11067379 | 08/11/2010 | $2,013.19 | 75 | 0.00 | 0.00 | 2,013.19 | 0.00 | 0.00 | 2,013.19 |
| 311671 | 10/04/2010 | 11067381 | 10/04/2010 | $3,700.00 | 21 | 3,700.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,700.00 |
| Customer total for ONS ON Semiconductor | | | | | | 3,700.00 | 0.00 | 6,441.05 | 0.00 | 22,110.94 | $32,251.99 |
| | | | | | | 3,700.00 | 0.00 | 6,441.05 | 0.00 | 22,110.94 | $32,251.99 |

\Reports\AR20.frx

i2a 000007



# INVOICE

**i2a TECHNOLOGIES**
3399 West Warrem Avenue
Fremont, CA 94538
Tel: (510) 770-0322
paulinus.nlemigbo@ipac.com

Invoice No. 311094
Date: 12/29/2009
Terms: Net 15

1.5% Surcharge Monthly, over 30 days

### Invoiced To:
ON Semiconductor
ON Semiconductor Ireland Resh
Unit 1, 101 Pearse Rd, Raheen
Bus Park - Limerick, XX xx
Ireland
Attention: Accounts Payable

PO Number: 33000426
Release No. -
Quote No. -
FOB:

### Shipped To:
ON Semiconductor Ireland Ltd.
Unit 1, 101 Pearse Rd.
Raheen Business Park
Limerick, XX xx
Republic of Ireland
Attention: Damien Walsh

Packing List: 070350
Ship Via: Fedex Priority Cust Acct
Tracking Number: 7931 4208 6126
Weight: 1 Lb

| Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|
| Lot: GAL46934.1    i2a Lot: 071171 | | | |
| Device: NCP6161    Service Level: 5 | | | |
| Minimum lot charge | 1 Lot | $5,965.0000 | $5,965.00 |
| 8 x8 - 68 leads QFN | 198 Units | 0.5500 | 0.00 |
| Gold adder: (Au price= $913.00 on 01/31/2008) | 198 Units | 0.4970 | 0.00 |
| i2a Tray: IPA TRB-CS-0808-260 | 2 Trays | 0.0000 | 0.00 |
| Au Base: $ 0.00  Au Adder: $0.0000080 | | | |

Invoices not paid within 15 days are subject to a 1.5% late charge per month.

Skeleton and excess die return to Arizona.

| | |
|---|---|
| Subtotal: | $5,965.00 |
| Sales Tax: | 0.00 |
| Freight: | 0.00 |
| Invoice Total: | $5,965.00 |

*Customer's Original Copy*

To pay by wire transfer please remit to:
Federal Reserve Bank for Credit to Bridge Bank
ABA # 121143260
Account No. 0101084168
Further Credit To i2aTechnologies Inc.

To pay by check please remit to:
i2aTechnologies Inc.
3399 West Warren Avenue
Fremont, CA 94538

i2a 000008

C 3



# INVOICE

3399 West Warrem Avenue
Fremont, CA 94538
Tel: (510) 770-0322
paulinus.nlemigbo@ipac.com

Invoice No. 311115
Date: 01/13/2010
Terms: Net 15

1.5% Surcharge Monthly, over 30 days

**Invoiced To:**
ON Semiconductor
SCI LLC
PO Box 21001
Phoenix, AZ 85036
Attention: Accounts Payable

PO Number: 33000426
Release No. -
Quote No. -
FOB:

**Shipped To:**
ON Semiconductor Ireland Ltd.
Unit 1, 101 Pearse Rd.
Raheen Business Park
Limerick, IR 83201
Republic of Ireland
Attention: Damien Walsh

Packing List: 070368
Ship Via: Fedex Priority Cust Acct
Tracking Number: 798300050685
Weight: 1 Lb

| Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|
| Lot: GAL46934.1  i2a Lot: 071174 | | | |
| Device: NCP6161  Service Level: 1 | | | |
| Minimum lot charge | 1 Lot | $5,965.0000 | $5,965.00 |
| 07x07-060 QFN | 148 Units | 0.5500 | 0.00 |
| Gold Adder, 01/12/2010: $1134.96 /TOZ | 148 Units | 0.0990 | 0.00 |
| i2a Tray: IPA TRB-CS-0707-260 | 2 Trays | 0.0000 | 0.00 |
| Au Base: $400.00  Au Adder: $0.0000032 | | | |

Invoices not paid within 15 days are subject to a 1.5% late charge per month.

NOTE: Excess dice return to Arizona.

Subtotal: $5,965.00
Sales Tax: 0.00
Freight: 0.00
Invoice Total: $5,965.00

Customer's Original Copy

To pay by wire transfer please remit to:
Federal Reserve Bank for Credit to Bridge Bank
ABA # 121143260
Account No. 0101084168
Further Credit To i2aTechnologies Inc.

To pay by check please remit to:
i2aTechnologies Inc.
3399 West Warren Avenue
Fremont, CA 94538

i2a 000009

c 2



**i2a TECHNOLOGIES**

# INVOICE

3399 West Warrem Avenue
Fremont, CA 94538
Tel: (510) 770-0322
paulinus.nlemigbo@ipac.com

Invoice No. 311134
Date: 01/21/2010
Terms: Net 15

1.5% Surcharge Monthly, over 30 days

| Invoiced To: | Shipped To: |
|---|---|
| ON Semiconductor<br>SCI LLC<br>PO Box 21001<br>Phoenix, AZ 85036<br>Attention: Accounts Payable | |
| PO Number: 11067380<br>Release No. -<br>Quote No.<br>FOB: | Packing List: MISC<br>Ship Via: Fedex Priority Cust Acct<br>Tracking Number: -<br>Weight: 21 Lb |

| Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|
| Small Lot Charge for the Month of NOV for Device B8687301 / 15016-522 | 1 Units | $750.4300 | $750.43 |

Invoices not paid within 15 days are subject to a 1.5% late charge per month.

Subtotal: $750.43
Sales Tax: 0.00
Freight: 0.00
Invoice Total: $750.43

*Customer's Original Copy*

To pay by wire transfer please remit to:
Federal Reserve Bank for Credit to Bridge Bank
ABA # 121143260
Account No. 0101084168
Further Credit To i2aTechnologies Inc.

To pay by check please remit to:
i2aTechnologies Inc.
3399 West Warren Avenue
Fremont, CA 94538

i2a 000010

C 2



# INVOICE

**i2a TECHNOLOGIES**
3399 West Warrem Avenue
Fremont, CA 94538
Tel: (510) 770-0322
paulinus.nlemigbo@ipac.com

Invoice No. 311216
Date: 03/01/2010
Terms: Net 15

1.5% Surcharge Monthly, over 30 days

### Invoiced To:
ON Semiconductor
SCI LLC
PO Box 21001
Phoenix, AZ 85036
Attention: Accounts Payable

PO Number: 11067772
Release No. -
Quote No. -
FOB: i2a Facilities

### Shipped To:
ON Semiconductor
2300 Buckskin Road
Pocatello, ID 83201
Attention: Catherine Roberts

Packing List: 070457
Ship Via: FedX Priority1stOvernight
Tracking Number: 7933 1121 0720
Weight: 12 Lb

| Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|
| Lot: B8299001  i2a Lot: 071267 | | | |
| Device: 19775-001  Service Level: 4 | | | |
| Lot processing charge | 1 Lot | $2,000.0000 | $2,000.00 |
| Hazadrous Waste Fee Sn/Tin Plating | | 600.0000 | 600.00 |
| Tin Lead 85/15 Plating Charge | 1,309 Units | 0.5000 | 654.50 |
| Gold Adder, 03/01/2010: $1120.61 / TOZ | 1,309 Units | 0.1850 | 241.51 |
| i2a Tray: IPA TRB-HS-1420-66 | 23 Trays | 5.0000 | 115.00 |
| Au Base: $400.00  Au Adder: $0.0000032 | | | |

Invoices not paid within 15 days are subject to a 1.5% late charge per month.

Note: No excess dies left. skeletons returned.

GOLD PRICE ON 3/01/10 = $1120.61 /TOZ
# OF WIRES = 80

| | |
|---|---|
| Subtotal: | $3,611.01 |
| Sales Tax: | 0.00 |
| Freight: | 0.00 |
| Invoice Total: | $3,611.01 |

*Customer's Original Copy*

To pay by wire transfer please remit to:
Federal Reserve Bank for Credit to Bridge Bank
ABA # 121143260
Account No. 0101084168
Further Credit To i2aTechnologies Inc.

To pay by check please remit to:
i2aTechnologies Inc.
3399 West Warren Avenue
Fremont, CA 94538

i2a 000011

C 3



# INVOICE

**i2a TECHNOLOGIES**
3399 West Warren Avenue
Fremont, CA 94538
Tel: (510) 770-0322
paulinus.nlemigbo@ipac.com

Invoice No. 311248
Date: 03/15/2010
Terms: Net 15

1.5% Surcharge Monthly, over 30 days

### Invoiced To:
ON Semiconductor
SCI LLC
PO Box 21001
Phoenix, AZ 85036
Attention: Accounts Payable

PO Number: 11067379
Release No. -
Quote No. -
FOB:

### Shipped To:
ON Semiconductor
2300 Buckskin Road
Pocatello, ID 83201
Attention: Catherine Roberts

Packing List: 070487
Ship Via: Fedex Priority Cust Acct
Tracking Number: 7933 5218 8286
Weight: 8 Lb

| Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|
| Lot: WB695501   i2a Lot: 071235 | | | |
| Device: 18021-209   Service Level: 4 | | | |
| Lot processing charge | 1 Lot | $2,500.0000 | $2,500.00 |
| Backgrinding (lot charge) | | 200.0000 | 200.00 |
| 27x27-672 BALLS PBGA | 379 Units | 0.0000 | 0.00 |
| Gold Adder, 03/15/2010: $1125.16 /TOZ | 379 Units | 0.1440 | 54.54 |
| i2a Tray: IPA TRB-IN-2727-40 | 12 Trays | 5.0000 | 60.00 |
| Au Base: $400.00  Au Adder: $0.0000032 | | | |

Invoices not paid within 15 days are subject to a 1.5% late charge per month.

Note: Setup units, & excess dies returned.

GOLD PRICE ON 3/15/10 = $1125.16 /TOZ
# OF WIRES = 672

| | |
|---|---|
| Subtotal: | $2,814.54 |
| Sales Tax: | 0.00 |
| Freight: | 0.00 |
| Invoice Total: | $2,814.54 |

Customer's Original Copy

To pay by wire transfer please remit to:
Federal Reserve Bank for Credit to Bridge Bank
ABA # 121143260
Account No. 0101084168
Further Credit To i2aTechnologies Inc.

To pay by check please remit to:
i2aTechnologies Inc.
3399 West Warren Avenue
Fremont, CA 94538

i2a 000012

C 2



# INVOICE

**i2a TECHNOLOGIES**
3399 West Warrem Avenue
Fremont, CA 94538
Tel: (510) 770-0322
paulinus.nlemigbo@ipac.com

Invoice No. 311329
Date: 04/09/2010
Terms: NET 15

1.5% Surcharge Monthly, over 30 days

### Invoiced To:
ON Semiconductor
SCI LLC
PO Box 21001
Phoenix, AZ 85036
Attention: Accounts Payable

### Shipped To:
ON Semiconductor
2300 Buckskin Road
Pocatello, ID 83201
Attention: Catherine Roberts

PO Number: 11067381r2
Release No.
Quote No. -
FOB:

Packing List: 070556
Ship Via: Fedex Priority Cust Acct
Tracking Number: 7985 5335 6420
Weight: 11 Lb

| Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|
| Lot: B8299401    i2a Lot: 071398 | | | |
| Device: 19832-002    Service Level: 5 | | | |
| 19832-002 ASY Assembly | 1 Lot | $2,000.0000 | $2,000.00 |
| Plating Charges for SnPB 85/15 Tin Lead | | 0.5000 | 152.00 |
| PQ3232-240 Cavity Down | 304 Units | 0.0000 | 0.00 |
| Hazadrous Waste Material Fee 85/15 | | 600.0000 | 600.00 |
| Gold Adder, 04/09/2010: $1162.23 /TOZ | 304 Units | 0.5850 | 177.96 |
| i2a Tray: IPA TRB-JT-3232-24 | 15 Trays | 5.0000 | 75.00 |
| Au Base: $400.00   Au Adder: $0.0000032 | | | |

Invoices not paid within 15 days are subject to a 1.5% late charge per month.

Note: No good dies

GOLD PRICE ON 4/09/10 = $1162.23 /TOZ
# OF WIRES = 240

Subtotal: $3,004.96
Sales Tax: 0.00
Freight: 0.00
Invoice Total: $3,004.96

*Customer's Original Copy*

To pay by wire transfer please remit to:
Federal Reserve Bank for Credit to Bridge Bank
ABA # 121143260
Account No. 0101084168
Further Credit To i2aTechnologies Inc.

To pay by check please remit to:
i2aTechnologies Inc.
3399 West Warren Avenue
Fremont, CA 94538

i2a 000013

C 2



# INVOICE

**i2a TECHNOLOGIES**
3399 West Warrem Avenue
Fremont, CA 94538
Tel: (510) 770-0322
paulinus.nlemigbo@ipac.com

Invoice No. 311554
Date: 08/11/2010
Terms: Net 15

1.5% Surcharge Monthly, over 30 days

### Invoiced To:

ON Semiconductor
SCI LLC
PO Box 21001
Phoenix, AZ 85036
Attention: Accounts Payable

### Shipped To:

ON Semiconductor
2300 Buckskin Road
Pocatello, ID 83201
Attention: Teresa Prebbanow

PO Number: 11067379
Release No. -
Quote No. -
FOB:

Packing List: 070767
Ship Via: Fedex Priority cust acct.
Tracking Number: 7989 3419 4166
Weight: 10 Lb

| Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|
| Lot: W0P22002    i2a Lot: 071606 | | | |
| Device: 18021-209    Service Level: 7 | | | |
| Lot processing charge | 1 Lot | $3,000.0000 | $3,000.00 |
| 8 HRS DRY BAKE @ 125 degrees | | 250.0000 | 250.00 |
| Backgrinding (lot charge) | | 200.0000 | 200.00 |
| 27x27-672 BALLS PBGA | 525 Units | 0.0000 | 0.00 |
| Gold Adder, 08/10/2010: $1195.30 /TOZ | 525 Units | 1.7100 | 897.86 |
| i2a Tray: IPA TRB-IN-2727-40 | 16 Trays | 5.0000 | 80.00 |
| Au Base: $400.00   Au Adder: $0.0000032 | | | |

Invoices not paid within 15 days are subject to a 1.5% late charge per month.

Note: Skeletons & rejects returned.

GOLD PRICE ON 8/10/10 = $1195.30 /TOZ
# OF WIRES = 672

| | |
|---|---|
| Subtotal: | $4,427.86 |
| Sales Tax: | 0.00 |
| Freight: | 0.00 |
| Invoice Total: | $4,427.86 |

Customer's Original Copy

To pay by wire transfer please remit to:
Federal Reserve Bank for Credit to Bridge Bank
ABA # 121143260
Account No. 0101084168
Further Credit To i2aTechnologies Inc.

To pay by check please remit to:
i2aTechnologies Inc.
3399 West Warren Avenue
Fremont, CA 94538

i2a 000014

C 3



# INVOICE

3399 West Warrem Avenue
Fremont, CA 94538
Tel: (510) 770-0322
paulinus.nlemigbo@ipac.com

Invoice No. 311671
Date: 10/04/2010
Terms: NET15

1.5% Surcharge Monthly, over 30 days

### Invoiced To:
ON Semiconductor
SCI LLC
PO Box 21001
Phoenix, AZ 85036
Attention: Accounts Payable

PO Number: 11067381
Release No. -
Quote No. -
FOB:

### Shipped To:
ON Semiconductor
2300 Buckskin Road
Pocatello, ID 83201
Attention: Catherine Roberts

Packing List: 070869
Ship Via: Fedex Priority cust acct.
Tracking Number: 7939 7686 5417
Weight: 25 Lb

| Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|
| Lot: C99674.1  i2a Lot: 071708 | | | |
| Device: 19832-002  Service Level: 5 | | | |
| Lot processing charge | 1 Lot | $3,700.0000 | $3,700.00 |
| PQ3232-240 Cavity Down | 809 Units | 0.0000 | 0.00 |
| Gold Adder, 10/04/2010: $1313.36 /TOZ | 809 Units | 0.0000 | 0.00 |
| i2a Tray: IPA TRB-JT-3232-24 | 38 Trays | 0.0000 | 0.00 |
| Au Base: $400.00  Au Adder: $0.0000032 | | | |

Invoices not paid within 15 days are subject to a 1.5% late charge per month.

Note: No excess dies. Skeletons returned.

Subtotal: $3,700.00
Sales Tax: 0.00
Freight: 0.00
Invoice Total: $3,700.00

*Customer's Original Copy*

To pay by wire transfer please remit to:
Federal Reserve Bank for Credit to Bridge Bank
ABA # 121143260
Account No. 0101084168
Further Credit To i2aTechnologies Inc.

To pay by check please remit to:
i2aTechnologies Inc.
3399 West Warren Avenue
Fremont, CA 94538

i2a 000015

C 3