IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMICONDUCTOR COMPONENTS INDUSTRIES, L.L.C.,<br><br>               Plaintiff,<br><br>    v.<br><br>I2A TECHNOLOGIES, INC., and VICTOR BATINOVICH,<br><br>               Defendants. | NO. C10-0603 TEH<br><br>ORDER EXTENDING REPLY DEADLINE AND HEARING DATE ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

The Court has reviewed the parties' November 8, 2010 request, stipulation, and proposed order to extend time for Plaintiff to file its reply to Defendants' opposition to Plaintiff's motion for summary judgment. Plaintiff states that it "may need additional time to reconcile its financial records with those produced as exhibits to the Batinovitch declaration," and requests an extension to file its reply brief – which is due today – on or before November 11, 2010. Although good cause does not appear from the face of the request, the Court nonetheless GRANTS the stipulated requested extension to November 12, 2010, since November 11 is a Court holiday. IT IS FURTHER ORDERED that the hearing on Plaintiff's motion for summary judgment is continued from November 22, 2010, to **November 29, 2010, at 10:00 AM.**

**IT IS SO ORDERED.**

Dated: 11/08/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT