**OFFICE OF THE CLERK**
# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
(415) 522-2000

November 15, 2010

Euphemia N Thomoopulos
Counsel for
Semiconductor Components Industries LLC

Re: <u>C -10-0603 TEH</u>
<u>SEMICONDUCTOR COMPONENTS IND LLC v I2A TECHNOLOGIES INC et al</u>

Dear Counsel,

Please be advised that the  bill of costs e-filed in this case,   docket no. 42  cannot be taxed for the following reason:

[ x ]     Final Judgment has not been entered.

[ ]     There is no proof of service upon opposing counsel.

[ ]     There is no verification pursuant to Title 28 U.S.C. § 1924.

[ ]     There is no documentation attached to bill of costs supporting requested costs,  L.R. 54-1(a).

[ ]     There is no representation that counsel have met and conferred regarding objections pursuant to Civil L.R. 54-2(b).

For:
RICHARD W. WIEKING, Clerk

By: _Cora Klein_____
Deputy Clerk