UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SEMICONDUCTOR COMPONENTS INDUSTRIES LLC, | Case No. C10-00603 TEH (JCS) |
|---|---|
| Plaintiff(s), | **DISCOVERY ORDER RE: JOINT LETTER BRIEF REGARDING PLAINTIFF'S MOTION TO COMPEL [Docket No. 48]** |
| v. | |
| 12A TECHNOLOGIES INC, | |
| Defendant(s). | |

On November 17, 2010, the parties filed a Joint Letter Brief regarding meet and confer efforts to resolve Plaintiff's Motion to Compel [docket no. 48].

IT IS HEREBY ORDERED that, in light of the agreements of the parties, the motion is denied without prejudice.

IT IS SO ORDERED.

Dated: November 22, 2010

JOSEPH C. SPERO
United States Magistrate Judge