IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SEMICONDUCTOR COMPONENTS INDUSTRIES, L.L.C.,

Plaintiff,

v.

I2A TECHNOLOGIES, INC., and VICTOR BATINOVICH,

Defendants.

NO. C10-0603 TEH

ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

On November 18, 2010, this Court explained that "there appears to be no dispute that judgment should be entered for Plaintiff in the amount of $351,820.15." Nov. 18, 2010 Order at 1. The Court further provided that oral argument would be canceled, and judgment entered, if no party requested argument by November 23, 2010. No party requested such argument.

Accordingly, the November 29, 2010 hearing is hereby VACATED. In the absence of any material factual disputes, Plaintiff's motion for summary judgment is GRANTED. Judgment is entered for Plaintiff in the amount of $351,820.15. Pursuant to Plaintiff's request, Plaintiff's claims for punitive and exemplary damages are dismissed. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: 11/24/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT