IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMICONDUCTOR COMPONENTS INDUSTRIES LLC, | No. CV 10-00603 TEH |
| Plaintiff, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| 12A TECHNOLOGIES INC, | |
| Defendant. | |
| _____/ | |

      () **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      (X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **IT IS SO ORDERED AND ADJUDGED** that Plaintiff's motion for summary judgment is granted.


Dated: 11/29/10                        Richard W. Wieking, Clerk

                                        By: Tana Ingle
                                        Deputy Clerk