**EJ-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, State Bar number, and telephone number)*: |
|---|
| Recording requested by and return to: |
| Jeffrey S. Goodfried (SBN 253804) |
| PERKINS COIE LLP |
| 1888 Century Park East Suite 1700 |
| Los Angeles, CA 90067 |
| Tel: (310) 788-9900 |
| Fax: (310) 788-3399 |
| [X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD |

**E-filing**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: United States District Court
MAILING ADDRESS: 450 Golden Gate Ave., 16th Floor
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Northern District - San Francisco

FOR RECORDER'S USE ONLY

PLAINTIFF: Semiconductor Components Industries LLC
DEFENDANT: I2A Technologies Inc.

CASE NUMBER: CV-10-00603 TEH

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**   [ ] Amended

FOR COURT USE ONLY

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

      ```
      I2A Technologies Inc.
      3399 West Warren Avenue
      Fremont, CA  94538
      ```

   b. Driver's license no. [last 4 digits] and state:  [X] Unknown
   c. Social security no. [last 4 digits]:  [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*: I2A Technologies Inc. 3399 West Warren Avenue, Fremont, California 94538

2. [X] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address)*:
   Semiconductor Components Industries LLC
   4 Embarcadero Center, Suite 2400, SF, CA 94111

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: January 20, 2011
Jeffrey S. Goodfried
(TYPE OR PRINT NAME)

▶ *(signature)*
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $ 351,820.15
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date)*: November 29, 2010
   b. Renewal entered on *(date)*: n/a
9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date)*: 1/25/11

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address)*:

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date)*:

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

Clerk, by _____, Deputy



Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Legal Solutions Plus

BETTY P. LEE    Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: Semiconductor Components Industries LLC | CASE NUMBER: |
|---|---|
| DEFENDANT: I2A Technologies Inc. | CV-10-00603 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

Victor Batinovich
3399 West Warren Avenue
Fremont, California 94538

Driver's license no. [last 4 digits]
and state:  [X] Unknown
Social security no. [last 4 digits]:  [X] Unknown
Summons was personally served at or mailed to *(address):*

Victor Batinovich
3399 West Warren Avenue
Fremont, CA  94538

17. Name and last known address

Driver's license no. [last 4 digits]
and state:  ☐ Unknown
Social security no. [last 4 digits]:  ☐ Unknown
Summons was personally served at or mailed to *(address):*

18. Name and last known address

Driver's license no. [last 4 digits]
and state:  ☐ Unknown
Social security no. [last 4 digits]:  ☐ Unknown
Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license no. [last 4 digits]
and state:  ☐ Unknown
Social security no. [last 4 digits]:  ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. January 1, 2008]　　**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**　　Page 2 of 2