IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMICONDUCTOR COMPONENTS INDUSTRIES LLC, | No. CV 10-00603 TEH , |
| Plaintiff, | **AMENDED JUDGMENT IN A CIVIL CASE** |
| v. | |
| 12A TECHNOLOGIES, INC., and VICTOR BATINOVICH, | |
| Defendant. | |
|                          / | |

() **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that Plaintiff's motion for summary judgment is granted.

Dated: 04/21/2011                                        Richard W. Wieking, Clerk

By: Tana Ingle
Deputy Clerk